IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBRA R. SALAZAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-07-912-L |
| ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF THE SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

On October 28, 2008, Magistrate Judge Valerie K. Couch entered her Report and Recommendation in this action brought by plaintiff for judicial review of the defendant Commissioner's final decision denying plaintiff's application for disability insurance benefits and supplemental security income benefits. The Magistrate Judge recommended that the decision of the defendant Commissioner be reversed and the cause remanded for further administrative proceedings.

The court file reflects that no party filed written objections to the Report and Recommendation within the time limits provided. Upon *de novo* review, the court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, the decision of the Commissioner is **REVERSED** and this matter is **REMANDED** for further proceedings consistent with the October 28, 2008 Report and Recommendation of the Magistrate Judge.

It is so ordered this 20th day of November, 2008.

*[signature: Tim Leonard]*

TIM LEONARD
United States District Judge